IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY GORDON et al. | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 21-1911 |
| ARCH INSURANCE COMPANY | : | |
| | : | |

# ORDER

This 28th day of May, 2021, for the reasons in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 22) is **DENIED in part** and **GRANTED in part** as follows:

- Defendant's Motion is granted as to the Gordon Plaintiffs' breach of contract claim based on the express terms of the contract.

- The remainder of Defendant's Motion is denied.

/s/ Gerald Austin McHugh
United States District Judge
