IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY GORDON, CINDY GORDON, AND JOHN BURNETT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 2:21-cv-01911-GAM<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

Plaintiffs Jeffrey Gordon, Cindy Gordon, and John Burnett (collectively, "Plaintiffs"), and Defendant Arch Insurance Company ("Defendant") (Plaintiffs and Defendant collectively referred to as the "Parties"), hereby provide notice to the Court that Plaintiffs and Defendant have agreed to the settlement of all claims in this lawsuit. The Parties respectfully request that any pending matters relating to this case be removed from the Court's calendar while the Parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Dated: December 28, 2021

| | |
|---|---|
| */s/ Jamisen A. Etzel* | */s/ Michael N. Wolgin* |
| Gary F. Lynch (PA ID 56887 | Michael N. Wolgin (FL 0042962) |
| Jamisen A. Etzel (PA ID 311554) | CARLTON FIELDS, P.A. |
| Nicholas A. Colella | 2 MiamiCentral |
| LYNCH CARPENTER, LLP | 700 NW 1st Avenue, Ste. 1200 |
| 1133 Penn Avenue, 5th Floor | Miami, Florida 33136-4118 |
| Pittsburgh, PA 15222 | Tel. (305) 530-0050 |
| Tel. (412) 322-9243 | Fax (305) 530-0055 |
| Fax (412) 231-0246 | mwolgin@carltonfields.com |
| gary@lcllp.com | |
| jamisen@lcllp.com | |
| nickc@lcllp.com | [*Continued on next page*] |

*Attorneys for Plaintiffs*

-2-

Markham R. Leventhal (DC Bar No. 489597)
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
Tel. (202) 965-8189
Fax (202) 965-8104
mleventhal@carltonfields.com

Jeffrey D. Grossman
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Tel. (215) 564-8061
Fax (215) 564-8120
jgrossman@stradley.com

*Attorneys for Defendant*